UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x       **ORAL ARGUMENT REQUESTED**
EDMUND J. SUSMAN, JR., and all similarly
situated individuals,

          Plaintiff,     Case No.: 1:24-cv-01281-LJV

   -against-

                **NOTICE OF MOTION FOR**
                **TRO AND PRELIMINARY**
ANN MARIE T. SULLIVAN, M.D. in her official  **INJUNCTION**
capacity,

         Defendant.
-------------------------------------------------------------------x

   **PLEASE TAKE NOTICE** that, upon the annexed Declaration of Amy L. Bellantoni

with annexed exhibits, accompanying Memorandum of Law, the above-captioned plaintiff, by

and through his attorneys The Bellantoni Law Firm, PLLC, will move this Court at the United

States District Court, Western District of New York located at 2 Niagara Square, Buffalo, New

York at a time set by the Court for an Order granting Plaintiff's motion for a temporary

restraining order and preliminary injunction pursuant to Federal Rule of Civil Procedure 65 and

Local Rules 7 and 65 ordering Defendant Ann Marie T. Sullivan, M.D. and all successors,

agents, servants, employees, and attorneys, and all other persons who are in active concert or

participation with her who receive actual notice thereof to immediately cease reporting

Plaintiff's personal identifying information to the National Instant Criminal Background Check

System, the Federal Bureau of Investigation, the New York State Police, the New York State

Division of Criminal Justice Services, and all other third parties during the pendency of this

litigation; and for such further and different relief as this Court deems just and proper; and

**PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, shall be served

upon plaintiff's counsel so as to be received <u>in hand</u> no later than seven (7) days prior to the

return date of the motion, or in conformance with the motion schedule set by the Court.

Dated: Scarsdale, New York
       January 2, 2025

                          THE BELLANTONI LAW FIRM, PLLC
                          *Attorneys for Plaintiff*

              By:    *Amy L. Bellantoni*
                     Amy L. Bellantoni, Esq.
                     2 Overhill Road, Suite 400
                     Scarsdale, New York 10583
                     abell@bellantoni-law.com


TO:    Christopher Boyd, Assistant Attorney General (Buffalo Regional Office)
         christopher.boyd@ag.ny.gov