UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
EDMUND J. SUSMAN, JR., and all similarly
situated individuals,

                                Plaintiff,                    Case No.: 1:24-cv-01281-LJV

      -against-

                                                                  **DECLARATION OF**
                                                                    **AMY L. BELLANTONI**

ANN MARIE T. SULLIVAN, M.D. in her official
capacity,

                                Defendant.
-------------------------------------------------------------------x

        AMY L. BELLANTONI declares pursuant to 28 U.S.C. § 1746 that:

        1.     I am the principal attorney for The Bellantoni Law Firm, PLLC, attorneys for Edmund J. Susman, Jr., the plaintiff herein ("Plaintiff"). I am admitted to practice law before the United States District Court for the Western District of New York. I am also admitted to practice law before the United States District Courts for the Southern, Eastern, and Northern Districts of New York, the District of Columbia, the Eastern District of California (pro hac vice), the Second Circuit Court of Appeals, the Ninth Circuit Court of Appeals, and the United States Supreme Court. I have personal knowledge of the facts set forth herein based on a review of the file maintained by my office in this matter and communications with, *inter alia*, my client. If called and sworn as a witness, could and would testify competently thereto.

        2.     This Declaration is submitted in support of Plaintiff's motion for a temporary restraining order and preliminary injunction against Defendant from the enforcement of Mental Hygiene Law § 7.09(j) and 14 NYCRR 543 against Plaintiff during the pendency of this litigation.

1

3. Attached hereto as Exhibit 1 is a true and accurate copy of the federal complaint in this matter filed via the electronic filing system (ECF) to which the Declaration of Edmund J. Susman, Jr. is attached.

4. Attached hereto as Exhibit 2 is a true and accurate copy of the email to Plaintiff from the New York State Attorney General's Office in connection with the appeal of his NICS denial.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 2, 2025

                                                                *Amy L. Bellantoni*
                                                            Amy L. Bellantoni, Esq.
                                                            *Attorney for Plaintiff*