# EXHIBIT 2

**From:** Background Check <Background.Check@ag.ny.gov>
**Sent:** Wednesday, December 4, 2024 11:54:13 AM
**To:** Susman, Edmund J <SusmanEJ@state.gov>
**Subject:** RE: Appeal Request for STN# 24327814220

Good morning, Mr. Susman,

Your background check was denied under 18 United States Code s. 922(g)(4), which prohibits a person who has been adjudicated as a mental defective or has been committed to a mental institution at 16 years of age or older from possessing a firearm.

From your email, it sounds like a voluntary admission, may have been mischaracterized as involuntary.  The Office of Mental Health has advised me that a background check applicant who has had a voluntary hospital admission incorrectly labeled as "involuntary" can submit copies of their valid driver's license, Social Security card, and birth certificate to OMH.  OMH will compare their identity records with hospital records to confirm that they were not admitted or that the admission was misidentified as involuntary.  Upon confirmation, the records that triggered the denial will be removed from the federal NICS database.

You can submit copies of your identity documents to OMH by email to nics_appeal@omh.ny.gov, or by mail to The Office of NICS Appeals And SAFE Act; P.O. Box 66329; Albany NY 12206.

Best,


**Daniele Wilson**
Background Check Appeals
New York State Office of the Attorney General
Bureau of Appeals & Opinions
Background.Check@ag.ny.gov