UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
EDMUND J. SUSMAN, JR., and all similarly
situated individuals,

                              Plaintiff,        Case No.: 1:24-cv-01281

      -against-

                                            **WITNESS AND EXHIBIT LIST**

ANN MARIE T. SULLIVAN, M.D. in her official
capacity,

                              Defendant.
------------------------------------------------------------------x

      In accordance with Local Rule 65, please find the list of witnesses and exhibits for Plaintiff's motion for a temporary restraining order and preliminary injunction as follows:

**<u>Witnesses:</u>**

Edmund J. Susman, Jr.

      Expected to testify to the factual allegations contained in the Verified Complaint and his Declaration sworn to on December 30, 2024, including but not limited to, his employment and military background, the denial of his firearm transaction, the denial of his appeal to the Attorney General's Office.

**<u>Exhibits:</u>**

      Verified Complaint dated December 30, 2024 with annexed exhibit;

      Email to Plaintiff dated December 4, 2024 from the New York State Attorney General's Office.

                                                       *Amy L. Bellantoni*
                                                        Amy L. Bellantoni