UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
EDMUND J. SUSMAN, JR., and all similarly
situated individuals,

                              Plaintiff,        Case No.: 1:24-cv-01281-LJV

    -against-

                                                   **NOTICE OF MOTION FOR AN EXPEDITED HEARING**

ANN MARIE T. SULLIVAN, M.D. in her official
capacity,

                              Defendant.
------------------------------------------------------------------x

    **PLEASE TAKE NOTICE** that, upon the annexed Declaration of Amy L. Bellantoni with annexed exhibits and accompanying Memorandum of Law, the above-captioned plaintiff, by and through his attorneys The Bellantoni Law Firm, PLLC, will move this Court at the United States District Court, Western District of New York located at 2 Niagara Square, Buffalo, New York at a time set by the Court for an Order granting Plaintiff's motion for an expedited hearing on his motion for a temporary restraining order and preliminary injunction, pursuant to Local Rules 7 and 65, and for such further and different relief as this Court deems just and proper; and

    **PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, shall be served upon plaintiff's counsel so as to be received <u>in hand</u> no later than seven (7) days prior to the

return date of the motion, or in conformance with the motion schedule set by the Court.

Dated: Scarsdale, New York
      January 2, 2025

                                THE BELLANTONI LAW FIRM, PLLC
                                *Attorneys for Plaintiff*

                    By:    *Amy L. Bellantoni*
                                Amy L. Bellantoni, Esq.
                                2 Overhill Road, Suite 400
                                Scarsdale, New York 10583
                                abell@bellantoni-law.com


TO:    Christopher Boyd, Assistant Attorney General (Buffalo Regional Office)
          christopher.boyd@ag.ny.gov