```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
EDMUND J. SUSMAN, JR., and all similarly
situated individuals,

                          Plaintiff,         Case No.: 1:24-cv-01281-LJV

      -against-
                                             **DECLARATION OF
                                             AMY L. BELLANTONI**
ANN MARIE T. SULLIVAN, M.D. in her official
capacity,

                          Defendant.
------------------------------------------------------------------x
```

AMY L. BELLANTONI declares pursuant to 28 U.S.C. § 1746 that:

1. I am the principal attorney for The Bellantoni Law Firm, PLLC, attorneys for Edmund J. Susman, Jr., the plaintiff herein ("Plaintiff"). I am admitted to practice law before the United States District Court for the Western District of New York. I am also admitted to practice law before the United States District Courts for the Southern, Eastern, and Northern Districts of New York, the District of Columbia, the Eastern District of California (pro hac vice), the Second Circuit Court of Appeals, the Ninth Circuit Court of Appeals, and the United States Supreme Court. I have personal knowledge of the facts set forth herein and, if called and sworn as a witness, could and would testify competently thereto.

2. This Declaration is submitted in support of Plaintiff's motion for an expedited hearing on Plaintiff's motion for a temporary restraining order and preliminary injunction. Attached hereto as Exhibit 1 is a true and accurate copy of the papers submitted in support of Plaintiff's Motion for a temporary restraining order and preliminary injunction.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 2, 2025

       *Amy L. Bellantoni*
       Amy L. Bellantoni, Esq.
       *Attorney for Plaintiff*