UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
EDMUND J. SUSMAN, JR., and all similarly
situated individuals,

                              Plaintiff,          Case No.: 1:24-cv-01281-LJV

    -against-

                                            **[PROPOSED] ORDER**

ANN MARIE T. SULLIVAN, M.D. in her official
capacity,

                              Defendant.
-----------------------------------------------------------------x

      Upon the accompanying Declaration of Amy L. Bellantoni with attached exhibits dated January 2, 2025 and accompanying Memorandum of Law in Support of the plaintiff's motion for an expedited hearing of his motion for a temporary restraining order and preliminary injunction, and upon all the pleadings and other papers filed in this action; and the Court, having reviewed the Memorandum of Law, supporting Declarations, and exhibits submitted therewith, and having found sufficient reason being alleged and good cause appearing therefore, it is hereby

      ORDERED that the plaintiff's motion for an expedited hearing is granted in its entirety.

                                                       **IT IS SO ORDERED:**

Dated: _____, 2025
       Buffalo, New York

                                                   _____

                                                   United States District Judge