UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
EDMUND J. SUSMAN, JR., and all similarly
situated individuals,

                        Plaintiff,          Case No.: 1:24-cv-01281-LJV

       -against-

                                  **DECLARATION OF
SERVICE**
ANN MARIE T. SULLIVAN, M.D. in her official
capacity,

                        Defendant.
-------------------------------------------------------------------x

Amy L. Bellantoni, an attorney duly admitted to practice law in the United States District

Court for the Western District of New York declares the following pursuant to 28 U.S.C. § 1746:

I am over the age of eighteen years of age, I am not a party to this proceeding and I reside

in Westchester County, New York.

On January 2, 2025, I personally spoke with Assistant Attorney General in Charge of the

Buffalo Regional Office of the New York State Attorney General's Office, Christopher Boyd, during

which time I advised him that I am counsel for the plaintiff in the above-referenced matter. I further

advised AAG Boyd of the filing of the complaint in this matter and my intention to file a motion for

a temporary restraining order and preliminary injunction, as well as a motion to expedite the hearing

on said motion.

AAG Boyd kindly provided me with his email address as [christopher.boyd@ag.ny.gov](mailto:christopher.boyd@ag.ny.gov) and

consented to receive copies of said motions by electronic mail service.

On January 2, 2025 at approximately 5:26 p.m., I served true copies of the (i) Notice of

Motion for a Temporary Restraining Order and Preliminary Injunction with all supporting

documents that were filed with this Court via ECF, and (ii) the Notice of Motion for an Expedited

Hearing on said motions with all supporting documents that were filed with this Court via ECF on

the addressee(s) as indicated below:

To:     Christopher Boyd
        christopher.boyd@ag.ny.gov

The foregoing statement is made under the penalty of perjury.

Dated: Scarsdale, New York
       January 2, 2025

By:     *Amy L. Bellantoni*
        Amy L. Bellantoni, Esq.
        *Attorney for Petitioner*
        2 Overhill Road, Suite 400
        Scarsdale, New York 10583
        abell@bellantoni-law.com
