```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
EDMUND J. SUSMAN, JR., and all similarly
situated individuals,

                              Plaintiff,         Case No. 1:24-cv-01281
       -against-                                 (LJV) (LGF)

                                                 [PROPOSED] ORDER
ANN MARIE T. SULLIVAN, M.D. in her official      TO SHOW CAUSE FOR A
capacity, ROSSANA ROSADO, in her official capacity,   PRELIMINARY
PAM BONDI, in her official capacity, KASH PATEL,  INJUNCTION
in his official capacity,
                              Defendants.
------------------------------------------------------------------x
```

Upon the accompanying Declaration of Amy L. Bellantoni sworn to on the 6th day of March 2025 with the annexed Verified First Amended Complaint, the Declaration of Edmund J. Susman, Jr., and accompanying Memorandum of Law in Support of his [proposed] Order to Show Cause for a Preliminary Injunction and upon all the pleadings and other papers filed in this action, the Court having reviewed the Memorandum of Law, supporting Declarations, and exhibits submitted therewith, and having found sufficient reason being alleged and good cause appearing therefore, it is hereby

ORDERED that Defendants Pam Bondi and Kash Patel and all successors, agents, servants, employees, and attorneys, and all other persons who are in active concert or participation with her who receive actual notice thereof, shall cease the enforcement of 18 U.S.C. § 922(g)(4) against all individuals whose personal identifying information as 'prohibited persons' has been reported to and exists in the National Instant Criminal Background Check System (NICS) and the Criminal Justice Information Services (CJIS) based solely on a hospital admission pursuant to New York State Mental Hygiene Law § 9.39, including Plaintiff, during the pendency of this litigation; and it is further

ORDERED that Defendants Ann Marie T. Sullivan, M.D. and Rossana Rosado and all successors, agents, servants, employees, and attorneys, and all other persons who are in active concert or participation with her who receive actual notice thereof, shall take all action necessary to cancel and otherwise remove the personal identifying information of individuals reported to the New York State Office of Mental Health (OMH), New York State Division of Criminal Justice Services (DCJS), NICS and CJIS based solely on a hospital admission pursuant to MHL § 9.39, including Plaintiff, during the pendency of this litigation; and it is further

ORDERED that sufficient cause having been shown, service of this Order and all of the papers submitted in support thereof shall be made on Defendant Sullivan and deemed effective if it is completed by ECF on or before the _____ of March, 2025; and it is further

ORDERED that service of this Order and all of the papers submitted in support thereof shall be made on Defendants Rosado, Bondi, and Patel and deemed effective if it is completed by overnight U.S. Mail on or before the _____ of March, 2025; and it is further

ORDERED that Defendants' answering papers on the motion for a preliminary injunction, if any, shall be filed with the Clerk of this Court and served upon the attorneys for Plaintiff via ECF, by no later than _____, 2025, and that any reply papers submitted by Plaintiff shall be filed and served by ECF by _____, 2025.

IT IS SO ORDERED:

Dated: March    , 2025
       Buffalo, New York

_____
Hon. Lawrence J. Vilardo
United States District Judge